JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE
CALIFORNIA IRONWORKERS FIELD
PENSION TRUST, BOARD OF TRUSTEES
OF THE CALIFORNIA IRONWORKERS
FIELD WELFARE PLAN, BOARD OF
TRUSTEES OF THE CALIFORNIA FIELD
IRON WORKERS VACATION TRUST
FUND, BOARD OF TRUSTEES OF THE
CALIFORNIA FIELD IRONWORKERS
APPRENTICESHIP TRAINING AND
JOURNEYMAN RETRAINING FUND,
BOARD OF TRUSTEES OF THE
CALIFORNIA AND VICINITY FIELD
IRONWORKERS ANNUITY TRUST
FUND, BOARD OF TRUSTEES OF THE
CALIFORNIA FIELD IRON WORKERS
ADMINISTRATIVE TRUST, BOARD OF
TRUSTEES OF THE CALIFORNIA FIELD
IRONWORKERS LABOR MANAGEMENT
COOPERATIVE TRUST FUND, BOARD
OF TRUSTEES OF THE IRONWORKERS
WORKERS' COMPENSATION TRUST,
AND BOARD OF TRUSTEES OF THE
IRONWORKER MANAGEMENT
PROGRESSIVE ACTION COOPERATIVE
TRUST

Plaintiffs,

v.

COLUMBIA FABRICATING COMPANY,
INC., a California corporation;

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.:

EDCV14-4069-GW (CWx)

ORDER APPROVING
STIPULATION FOR
JUDGMENT AGAINST
DEFENDANT COLUMBIA
FABRICATING COMPANY,
INC.

Judge George H. Wu

Complaint Filed: May 28, 2014

Trial Date: None Set.

ARL/cl/ED14CV04069GW-O JS-6.wpd

[Proposed] Order Approving Stipulation for Judgment Against Defendant   Case No. EDCV14-04069 GW (CWx)

1    The Court has read and considered the Stipulation for Judgment, filed on July
2  25, 2014 ("Stipulation") by Plaintiffs BOARD OF TRUSTEES OF THE
3  CALIFORNIA IRONWORKERS FIELD PENSION TRUST, BOARD OF
4  TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD WELFARE PLAN,
5  BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS
6  VACATION TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA
7  FIELD IRONWORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN
8  RETRAINING FUND, BOARD OF TRUSTEES OF THE CALIFORNIA AND
9  VICINITY FIELD IRONWORKERS ANNUITY TRUST FUND, BOARD OF
10 TRUSTEES   OF   THE   CALIFORNIA   FIELD   IRON   WORKERS
11 ADMINISTRATIVE TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA
12 FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST
13 FUND, BOARD OF TRUSTEES OF THE IRONWORKERS WORKERS'
14 COMPENSATION   TRUST,   AND   BOARD   OF   TRUSTEES   OF   THE
15 IRONWORKER MANAGEMENT PROGRESSIVE ACTION COOPERATIVE
16 TRUST and Defendant COLUMBIA FABRICATING COMPANY, INC., a
17 California corporation.  For the reasons stated in the Stipulation and for good cause
18 shown, the Court hereby APPROVES the Stipulation.
19    The Court retains jurisdiction over the parties at their request in order to
20 enforce the Stipulation for Judgment until full performance of its terms.
21 SO ORDERED this 30th day of July, 2014.

22

23                                    _George H. Wu_

24 _____
   HONORABLE GEORGE H. WU
   UNITED STATES DISTRICT JUDGE

25

26

27

28

- 2 -