JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD WELFARE PLAN, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS VACATION TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND, BOARD OF TRUSTEES OF THE CALIFORNIA AND VICINITY FIELD IRONWORKERS ANNUITY TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS ADMINISTRATIVE TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND, BOARD OF TRUSTEES OF THE IRONWORKERS WORKERS' COMPENSATION TRUST, AND BOARD OF TRUSTEES OF THE IRONWORKER MANAGEMENT PROGRESSIVE ACTION COOPERATIVE TRUST<br><br>Plaintiffs,<br><br>v.<br><br>COLUMBIA FABRICATING COMPANY, INC., a California corporation;<br><br>Defendant. | No. CV 14-4069-GW(CWx)<br><br>JUDGMENT<br><br>Judge George H. Wu<br><br>Complaint Filed: May 28, 2014<br>Trial Date: None Set. |

JJK/ldt/ED14CV04069GW-J JS-6.wpd

(Proposed) Judgment                                Case No. EDCV14-04069 GW (CWx)

Pursuant to the Application of Plaintiffs for judgment pursuant to the Stipulation for Judgment and Order thereon and good cause appearing:

IT IS HEREBY ORDERED AND ADJUDGED, that Plaintiffs, BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD WELFARE PLAN, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS VACATION TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND, BOARD OF TRUSTEES OF THE CALIFORNIA AND VICINITY FIELD IRONWORKERS ANNUITY TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS ADMINISTRATIVE TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND, BOARD OF TRUSTEES OF THE IRONWORKERS WORKERS' COMPENSATION TRUST, AND BOARD OF TRUSTEES OF THE IRONWORKER MANAGEMENT PROGRESSIVE ACTION COOPERATIVE TRUST shall recover from Defendant, COLUMBIA FABRICATING COMPANY, INC., the sum of:

| | |
|---|---|
| Principal: | $244,421.27 |
| Interest: | $ 16,036.22 |
| Attorney Fees: | $ 9,950.00 |
| Costs: | $ 534.95 |
| **Total:** | **$270,942.44** |

Judgment is entered this 17th day of February, 2015.

Dated: February 17, 2015

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE