# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST; BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD WELFARE PLAN; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKER VACATION TRUST FUND; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND; BOARD OF TRUSTEES OF THE CALIFORNIA AND VICINITY FIELD IRONWORKERS ANNUITY TRUST FUND; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS ADMINISTRATIVE TRUST; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND; BOARD OF TRUSTEES OF THE IRONWORKERS WORKERS' COMPENSATION TRUST; and BOARD OF TRUSTEES OF THE IRONWORKER MANAGEMENT PROGRESSIVE ACTION COOPERATIVE TRUST<br><br>      Plaintiffs,<br><br>v. | NO. CV 14-04069-GW(CWx)<br><br>**RENEWAL OF JUDGMENT BY CLERK** |

| | |
|---|---|
| COLUMBIA FABRICATING COMPANY, INC., a California corporation | )<br>)<br>)<br>) |
| Defendant. | )<br>)<br>) |

The Application of Judgment Creditors for Renewal of Judgment, originally entered by this Court on February 17, 2015, has been considered upon GOOD CAUSE APPEARING, it is ordered that:

Judgment Creditors, BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST; BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD WELFARE PLAN; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKER VACATION TRUST FUND; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND; BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD DEFINED CONTRIBUTION PENSION TRUST FUND; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS ADMINISTRATIVE TRUST; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND; BOARD OF TRUSTEES OF THE IRONWORKERS WORKERS' COMPENSATION TRUST; and BOARD OF TRUSTEES OF THE IRONWORKER MANAGEMENT PROGRESSIVE ACTION COOPERATIVE TRUST, shall have a Renewal of Judgment against Judgment Debtor COLUMBIA FABRICATING COMPANY, INC.

Renewal of money judgment against COLUMBIA FABRICATING COMPANY, INC.:

| | | | |
|---|---|---|---|
| a. | Total Judgment | | $270,972.70 |
| b. | Costs after Judgment | | $0.00 |
| c. | Subtotal (a. and b.) | | $270,972.70 |
| d. | Credits after Judgment | | $260,544.28 |

| | | | |
|---|---|---|---|
| e. | Subtotal (d. from c.) | | $10,428.42 |
| f. | Interest after Judgment computed from February 17, 2015 through February 1, 2025 at 0.24%, accruing at $.54 per day | | $5,843.61 |
| g. | Fee for filing renewal application | | $0.00 |
| h. | Total renewed Judgment (e., f., and g.) | | $16,272.03 |

This Renewal of Judgment extends the period of enforceability of the Judgment until 10 years from the date of the Application for Renewal was filed.

DATED: 02/06/2025           Clerk, by _____A. Bandek_____, Deputy